(99 South. 175)

**J. F. HODGES v. THOS. R. LEA, Judge of Municipal Court of Birmingham.**
(6 Div. 28.)

(Supreme Court of Alabama, Dec. 13, 1923. Rehearing Denied Feb. 16, 1924.)

Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge.

Horace C. Wilkinson, of Birmingham, for appellant.

Beddow & Oberdorfer, of Birmingham, for appellee.

SOMERVILLE, J. Reversed and rendered on authority of State ex rel. Griswold v. Lea, ante, p. 68, 99 South. 170.

All the Justices concur.